DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVE AUSTIN, JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-2805

[March 17, 2022]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Daniel Arthur Casey, Judge; L.T. Case Nos. 93-22755CF10A, 94-12200CF10A, 95-1315CF10A, and 93-21853CF10A.

Steve Austin, Jr., Lake Butler, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, FORST and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***